**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNIVERSAL MUSIC CORP, et. al.,

    Plaintiffs,

vs.                                                    Case No. 3:15-cv-1052-J-34JRK

LATITUDE 360 NEVADA, INC., et. al.,

    Defendants.

_____/

**ORDER**

**THIS CAUSE** is before the Court on Magistrate Judge James R. Klindt's Report and Recommendation (Doc. No. 24; "Report"), entered on May 4, 2016, recommending that Plaintiffs' Motion for Entry of Final Judgment on Defaults, Enjoining Infringing Conduct and Awarding Statutory Damages and Incorporated Memorandum of Law (Doc. No. 20; "Motion"), be granted in part, and that the Clerk of the Court be directed to enter judgment in favor of the Plaintiffs. To date, no objections to the Report have been filed, and the time for doing so has passed.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of fact are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1). However, the district court must review legal conclusions de novo. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615 at *1 (M.D. Fla. May

14, 2007).

Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge.

Accordingly, it is hereby

**ORDERED:**

1. Magistrate Judge James R. Klindt's Report and Recommendation (Doc. No. 24) is **ADOPTED** as the opinion of the Court.

2. Plaintiffs' Motion for Entry of Final Judgment on Defaults, Enjoining Infringing Conduct and Awarding Statutory Damages and Incorporated Memorandum of Law (Doc. No. 20) is **GRANTED in part** and **DENIED as moot in part**.

    a. The Motion is **GRANTED** to the extent that the Clerk of Court is directed to enter judgment in favor of Plaintiffs and against Defendants, jointly and severally, in the amount of $90,000 in statutory damages, along with post-judgment interest to accrue pursuant to 28 U.S.C. § 1961.

    b. To the extent that the Motion seeks injunctive relief, the Motion is **DENIED** as moot.

3. The Clerk of Court is directed to terminate any pending motions and close the file.

**DONE AND ORDERED** at Jacksonville, Florida, this 8th day of June, 2016.

*Marcia Morales Howard*
MARCIA MORALES HOWARD
United States District Judge

i35
Copies to:

The Honorable James R. Klindt
United States Magistrate Judge

Counsel of Record